AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2018 OCT 18 P 1:13
U.S. DISTRICT COURT
NEW HAVEN CT

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 3:18mj1615(SALM)
)
Red Seagate FreeAgent GoFlex with )
Product Number: 9ZF2A9-501 and Serial )
Number: NA02L95D )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-6

located in the _____ District of ___Connecticut___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute and distribution of narcotics |
| 21 U.S.C. § 846 | Conspiracy to distribute narcotics |

The application is based on these facts:

See Attached Affidavit of U.S. Postal Inspector Jeremy Tendler

☐ Continued on the attached sheet.

☐ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jeremy Tendler, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **18 Oct 2018**

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

City and state: New Haven, CT

Honorable Sarah A. L. Merriam, U.S. Magistrate Judge
*Printed name and title*