AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 3:18mj1615(SALM)
)
Red Seagate FreeAgent GoFlex with Product  )
Number: 9ZF2A9-501 and Serial Number: NA02L95D  )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Connecticut____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A-6

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____October 31, 2018____
                                                                        *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10 p.m.    ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
____Sarah A L Merriam____.
                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for __30__ days *(not to exceed 30)*.
          ☐until, the facts justifying, the later specific date of _____.

Date and time issued: 10/18/2018 12:07pm        /s/ Sarah A. L. Merriam, USMJ
                                                                               *Judge's signature*

City and state:  New Haven, CT          Honorable Sarah A.L. Merriam, United States Magistrate Judge
                                                                  *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 3:18mj1615(SALM) | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**ATTACHMENT A-4**

The device to be searched is described as follows: One blue and silver USB storage device with the following imprinting "Team 16GB/3.0" Recovered during a search of ISAKU and DECARO's residence located at Nd.229, H.24, aP.17, NJESIA Administrative Nr.7, 1023.

**ATTACHMENT A-5**

The device to be searched is described as follows: One black Meizu cellular phone recovered during a search of ISAKU and DECARO's residence located at Nd.229, H.24, aP.17, NJESIA Administrative Nr.7, 1023

**ATTACHMENT A-6**

The device to be searched is described as follows: One red Seagate FreeAgent GoFlex with Product Number: 9ZF2A9-501 and Serial Number: NA02L95D recovered during a search of ISAKU and DECARO's residence located at Nd.229, H.24, aP.17, NJESIA Administrative Nr.7, 1023

**ATTACHMENT A-7**

The device to be searched is described as follows: One white iPhone model MQ7T2LL/A with serial number C6KVCEPTJC6M in a black case which was recovered from VINCENT DECARO incident to his arrest by Albanian Law Enforcement at the Albania/Kosovo border on September 21, 2018.

**ATTACHMENT A-8**

The device to be searched is described as follows: One white iPhone with red and white case with the word "Supreme" printed on it. Two SIM cards were found between the case and the iPhone. The SIM Cards bear the following numbers, respectively, "048501197" & "048501205". This device was recovered from ARBER ISAKU incident to his arrest by Albanian Law Enforcement at the Albania/Kosovo border on September 21, 2018.

**ATTACHMENT A-9**

The device to be searched is described as follows: One white iPhone model A1549 bearing IMEI 354449062879714 with silver case recovered during a search of ISAKU and DECARO's residence located at Nd.229, H.24, aP.17, NJESIA Administrative Nr.7, 1023

**ATTACHMENT B**

*Property to be seized*

All electronic records and data relating transactions that constitute violations of 21 U.S.C. Section 841(a) and 846, those violations involving Vincent Decaro or Arber Isaku and occurring after July 1, 2017, including:

1. lists of customers and related identifying information;
2. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;
3. any information related to sources of narcotic drugs (including names, addresses, phone numbers, or any other identifying information any information recording Decaro's, Isaku's, or Reichard's schedule or travel from 2017 to the present;

4. all bank records, checks, credit card bills, account information, and
5. Other financial records.
6. Photographs depicting narcotics trafficking activity (including screenshots of Dark Net Markets, Customer Lists, or Cryptocurrency)
7. Any and all transaction records for cryptocurrency;
8. Any and all wallet or public addresses associated with cryptocurrency,
9. Any and all private keys associated with cryptocurrency; and
10. Any and all cryptocurrency contained within the wallets.

Computers or storage media used as a means to commit the violations described above for any computer or storage medium whose seizure is otherwise authorized by the warrant, and any computer or storage medium that contains or in which is stored records information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

    a. evidence of who used, owned, or controlled the COMPUTER at the time the thin described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging log photographs, and correspondence

    b. evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

    c. evidence of the lack of such malicious software;

32

d. evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

e. evidence indicating the computer user's state of mind as it relates to the crime under investigation;

f. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

g. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

h. evidence of the times the COMPUTER was used;

i. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

j. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

k. records of or information about Internet Protocol addresses used by the COMPUTER;

l. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, a records of user-typed web addresses;

  m. contextual information necessary to understand the evidence described in the attachments

  n. Routers, modems, and network equipment used to connect computers to the Internet

As used above, the terms "records" and "information" includes all forms of creation storage, including any form of computer or electronic storage (such as hard disks or other med that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negative videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical or other high speed data processing devices performing logical, arithmetic, or storage function including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.